IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR245 |
| vs. | |
| HOLLY A. HANNAN | ORDER |
| Defendant. | |

This matter is before the court on Defendant's [29] unopposed Motion to Continue Jury Trial. Defendant has completed an extensive drug treatment program and his counsel is now seeking additional time for the parties to resolve this matter short of trial. For good cause shown,

**IT IS ORDERED** that Defendant's unopposed Motion to Continue Jury Trial [29] is granted as follows:

1. The jury trial, now set for March 27, 2018, is continued to **May 29, 2018**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 29, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 23rd day of March, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge